JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
STEPHEN HOPKINS
6231 N. 16TH STREET
PHILADELPHIA, PA 19141

## DEFENDANTS
UNITED STATES POSTAL SERVICE & UNITED STATES OF AMERICA
6150 N. BROAD STREET                DEPARTMENT OF JUSTICE
PHILADELPHIA, PA 19141              10TH & CONSTITUTIONAL AVENUE NW
                                    WASHINGTON, DC 20530

**(b)** County of Residence of First Listed Plaintiff  **PHILADELPHIA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **PHILADELPHIA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
MATKOFF & SHENGOLD
DAVID S. BERMAN, ESQUIRE
1101 MARKET STREET, SUITE 2500, PHILADELPHIA, PA 19107
(215) 922 - 6073

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [x] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [x] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [x] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1346
Brief description of cause:
Premises liability

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  5-17-22

SIGNATURE OF ATTORNEY OF RECORD  */s/*

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT  _____   APPLYING IFP  _____   JUDGE  _____   MAG. JUDGE  _____

**MATKOFF, SHENGOLD, BURKE,**
**BLYWEISS & ARBITTIER**
By: David S. Berman
I.D. # 66913
dberman@matkoffshengold.com
Suite 2500
1101 Market Street
Philadelphia, PA 19107
(215)-922-6073                                                                          **Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN HOPKINS** <br> 6231 N. 16th Street <br> Philadelphia, PA 19141 <br><br> v. <br><br> **UNITED STATES POSTAL SERVICE** <br> 6150 N. Broad Street <br> Philadelphia, PA 19141 <br> & <br> **UNITED STATES OF AMERICA** <br> Department of Justice <br> 10th & Constitutional Avenue NW <br> Washington, DC 20530 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## COMPLAINT

1. Jurisdiction is founded under the Federal Tort Claims Act, 28 U.S.C. Section 1346(b).

2. Defendant, the United States Postal Service (hereinafter "USPS"), is a federal agency governed by the laws and statutes of the United States of America.

3. The matter in controversy exceeds the sum of seventy-five thousand ($75,000.00) Dollars.

4. Not more than six (6) months prior to the filing of this action, the claims set forth herein were denied by USPS on March 18, 2022.

5. Plaintiff, Stephen Hopkins ("Plaintiff"), is an adult individual, citizen and resident of the Commonwealth of Pennsylvania, residing at 6231 N. 16th Street, Philadelphia, PA.

6. Defendant, the United States Postal Service ("USPS"), is a federal government agency

maintaining a principal place of business at 6150 N. Broad Street, Philadelphia, PA 19141.

7. Defendant, the United States of America, is the federal government and maintains its principal offices at 10th & Constitution Avenue NW, Washington, DC 20530.

8. At all times relevant hereto, USPS, acting on behalf of Defendant, the United States of America, was a tenant of 6150 N. Broad Street, Philadelphia, PA 19141, occupying said Premises and, as such, was responsible for maintenance and care of the Premises.

9. On or about August 27, 2019, on or about 10:45 P.M., at 6150 N. Broad Street, Philadelphia, PA, the Plaintiff was lawfully upon the sidewalk when his feet came into contact with a certain dangerous condition resulting from a wire in a missing sidewalk block that caused the Plaintiff to get tangled, and thrown from his position and to sustain serious and permanent personal injuries hereinafter more fully set forth. (See Exhibit "A")

10. As a result of the accident, the Plaintiff has sustained injuries including, but not limited to, left ankle strain and sprain, as well as injuries to his muscles, nerves and bones, all of which injuries may be permanent or cause a serious and permanent impairment of bodily function.

11. As a further result of the accident, the Plaintiff has been in the past and may be in the future prevented from attending to his usual activities, duties, and occupations to his great financial detriment and loss.

12. As a further result of the accident, the Plaintiff has in the past and may in the future be caused to suffer from worry, anxiety, apprehension and frustration.

13. As a further result of the accident, the Plaintiff has in the past and may in the future suffer from humiliation, embarrassment, and degradation.

14. As a further result of the accident, the Plaintiff has in the past and may in the future experience great physical, mental and emotional pain and suffering and other non-economic

losses.

15. As a further result of the accident, the Plaintiff has in the past and may in the future be caused to suffer loss of the pleasures and enjoyments of life.

16. As a further result of the accident, the Plaintiff has in the past and may in the future suffer loss of earnings and/or earning capacity to his great financial detriment and loss.

17. As a further result of the accident, the Plaintiff has in the past incurred and may in the future continue to incur medical expenses in an endeavor to treat and cure himself of the injuries sustained in the aforesaid accident, for which a claim is hereby made.

## COUNT I
## STEPHEN HOPKINS V. THE UNITED STATES POSTAL SERVICES ("USPS")

18. The Plaintiff hereby incorporates paragraphs one through seventeen as though same were fully set forth herein, at length and in full.

19. The Defendant, USPS, owed a duty of care to Plaintiff and violated said duty of care by the following negligent and careless acts:

   a. Failure to regard the point, position and safety of Plaintiff;

   b. Failure to maintain the aforesaid Premises in a safe manner for those lawfully upon said premises;

   c. Failure to warn the Plaintiff of the aforesaid dangerous condition of which the Defendant knew or could and should have known in time to have remedied same;

   d. Failure to properly, adequately, and timely remove the dangerous condition and/or otherwise to make the Premises safe;

   e. Failure to anticipate the hazard to which the Plaintiff was exposed to;

   f. Failure to remedy the hazard to ensure the safety of those lawfully traveling through said location, including Plaintiff;

g. Failure to barricade and inspect; and

h. Failure to properly hire, train and/or instruct Defendant's agents, servants, workmen or employees.

**WHEREFORE**, the Plaintiff demands Judgment against the Defendant in the amount not in excess of Arbitration limits.

<u>**COUNT II**</u>
<u>**STEPHEN HOPKINS V. THE UNITED STATES OF AMERICA**</u>

20. The Plaintiff hereby incorporates paragraphs one through nineteen as though same were fully set forth herein, at length and in full.

21. The Defendant, the United States of America, owed a duty of care to Plaintiff and violated said duty of care by the following negligent and careless acts:

    a. Failure to regard the point, position and safety of Plaintiff;

    b. Failure to maintain the aforesaid Premises in a safe manner for those lawfully upon said premises;

    c. Failure to warn the Plaintiff of the aforesaid dangerous condition of which the Defendant knew or could and should have known in time to have remedied same;

    d. Failure to properly, adequately, and timely remove the dangerous condition and/or otherwise to make the Premises safe;

    e. Failure to anticipate the hazard to which the Plaintiff was exposed to;

    f. Failure to remedy the hazard to ensure the safety of those lawfully traveling through said location, including Plaintiff;

    g. Failure to barricade and inspect; and

    h. Failure to properly hire, train and/or instruct Defendant's agents, servants, workmen or employees.

**WHEREFORE**, the Plaintiff demands Judgment against the Defendant in the amount not in excess of Arbitration limits.

Respectfully Submitted,

**MATKOFF, SHENGOLD, BURKE,
BLYWEISS & ARBITTIER**

_____
DAVID S. BERMAN, ESQUIRE

## VERIFICATION

I, David S. Berman, Esquire, aver that I am the attorney for the Plaintiff, Stephen Hopkins, in this case, and I verify that the averments contained in the foregoing pleading are true and correct to the best of my knowledge, information and belief; and that the statements therein are made subject to the penalties of 18 Pa. C.S., Section 4904, relating to unsworn falsification to authorities.

_____
DAVID S. BERMAN, ESQUIRE

# EXHIBIT "A"

# Google Maps    6160 PA-611



Image capture: Sep 2019    © 2021 Google

Philadelphia, Pennsylvania

 Google

Street View

